In the Matter of the Claim of HELEN KRAUSE, on Behalf of Herself and Minor Children, Respondent, against RONELL DECORATORS, INC., et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.